IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT J. GOINS and
NICKOLAS BOULTON,

    Plaintiffs,

    v.

TONA L. GOINS and
NATIONAL ELECTRICAL ANNUITY
PLAN,

    Defendants.

Case No. 16-cv-01281-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **Tona L. Goins and National Electrical Annuity Plan** and against **Robert J. Goins and Nickolas Boulton**. This matter is **DISMISSED** with prejudice.

DATED: 5/10/2017

                                       **Justine Flanagan**
                                       **Acting Clerk of Court**

                                       *s/Tina Gray*
                                        **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **U.S. DISTRICT JUDGE**